# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 23-1212** | **September Term, 2023** |
| | **FDA-07/10/23 Order** |
| | **Filed On: October 17, 2023** |

Fontem US, LLC,

    Petitioner

    v.

United States Food and Drug Administration,

    Respondent

**O R D E R**

Upon consideration of the motion for voluntary dismissal of the petition for review, it is

**ORDERED** that the motion be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk