# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-1212**                  **September Term, 2023**

FDA-07/10/23 Order

Filed On: October 17, 2023 [2022210]

Fontem US, LLC,

       Petitioner

   v.

United States Food and Drug Administration,

       Respondent

## M A N D A T E

In accordance with the order of October 17, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                     BY:     /s/
                               Laura M. Morgan
                               Deputy Clerk

Link to the order filed October 17, 2023